UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Carey DeWitt,  Case No. 3:13CV109

        Plaintiff

v.  ORDER & JUDGMENT ENTRY

Local 86 United Auto Workers Union, et al.,

        Defendant(s)

This matter comes before me on the issue of attorney fees to be awarded in conjunction with the Defendants' successful motion for sanctions which was granted on November 13, 2013. (Doc. No. 45).

On December 19, 2013, I gave additional time to the *pro se* Plaintiff to submit information relating to deterrence and his ability to pay the requested fees. (Doc. No. 49). Plaintiff was granted until January 13, 2014 to submit a response. (*Id.*) As of today there has been no response filed nor have the orders, which were mailed to the Plaintiff, been returned as undeliverable.

Therefore, in the absence of any objections by the Plaintiff, I find the Defendants are awarded attorneys fees as follows:

| | |
|---|---|
| Eastman & Smith, Ltd | $7,692.00 |
| Harris, Reny & Torzewski | $2,193.75 |
| Total | $9,885.75 |

This case is closed.

So Ordered.

s/ Jeffrey J. Helmick  
United States District Judge